Pablo **BELTRAN–FLORES, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–70795.

United States Court of Appeals, Ninth Circuit.

Submitted May 25, 2010.\*

Decided June 10, 2010.

Pablo Beltran–Flores, Pittsburg, CA, pro se.

Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Anthony Cardozo Payne, Senior Litigation Counsel, David V. Bernal, Assistant Director, Lauren Fascett, U.S. Department of Justice, Washington, DC, for Respondent.

---

\*\* The Honorable Michael W. Mosman, United States District Judge for District of Oregon sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

## MEMORANDUM [**]

Pablo Beltran–Flores, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We deny in part and dismiss in part the petition for review.

In his opening brief, Beltran–Flores fails to address, and thereby waives any challenge to, the BIA's order denying his motion to reconsider. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

We lack jurisdiction to review the BIA's underlying order dismissing Beltran–Flores' appeal from the immigration judge's decision denying his applications for relief, because this petition for review is not timely as to that order. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir.2003).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

Before: CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

---

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).